534 P.2d 984 (1975)
STATE of Oregon, Respondent,
v.
Lloyd Wesley ALLEN, Appellant.
Court of Appeals of Oregon.
Submitted on Record and Briefs April 24, 1975.
Decided May 5, 1975.
Gary D. Babcock, Public Defender, Salem, filed the brief for appellant.
Lee Johnson, Atty. Gen., W. Michael Gillette, Sol. Gen., and Thomas H. Denney, Asst. Atty. Gen., Salem, filed the brief for respondent.
Before SCHWAB, C.J., and FOLEY and FORT, JJ.
Affirmed without opinion. ORS 19.180.